| | |
|---|---|
| 1 | TIMOTHY M. MUSCAT (#148944) |
| | Chief Counsel |
| 2 | DEPARTMENT OF FAIR EMPLOYMENT |
| | AND HOUSING |
| 3 | 2218 Kausen Drive, Suite 100 |
| | Elk Grove, CA 95758 |
| 4 | Telephone:  (916) 478-7272 |
| | Facsimile:   (916) 478-7331 |
| 5 | Tim.Muscat@dfeh.ca.gov |

Attorneys for Plaintiff
Department of Fair Employment and Housing

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING, an agency of the State of California, | Case No. 1:09-CV-01388-LJO-DLB |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE HEARING ON DEFENDANT'S MOTION TO STRIKE** |
| vs. | |
| CORRECTIONS CORPORATION OF AMERICA, a California Corporation, and DOES 1 through 20, inclusive, | Date:           September 17, 2009<br>Time:           8:30 a.m.<br>Dept.:          Courtroom 4, Seventh Floor |
| Defendants. | Judge:         Hon. Lawrence J. O'Neill<br>Action Filed:  June 17, 2009<br>Trial Date:    None |
| SHIRLEY DARLENE CHAPMAN, | |
| Real Party in Interest. | |

Plaintiff, Department of Fair Employment and Housing ("Plaintiff"), by and through its undersigned counsel, and Defendant Corrections Corporation of America ("Defendant"), by and through its undersigned counsel, hereby stipulate as follows:

WHEREAS, Defendant has filed a Motion to Strike portions of Plaintiff's complaint currently pending before this Court on September 17, 2009;

-1-



COURT PAPER
State of California
Std. 113 Rev. 3-95
FE&H Automated

*DFEH v. Corrections Corporation of America (CHAPMAN):*
Stipulation and Order to Continue Hearing on Defendant's Motion to Strike

WHEREAS, Plaintiff intends to file a Motion to Remand this action to state court on the grounds of lack of subject matter jurisdiction and to notice a hearing on said motion for October 26, 2009;

WHEREAS, the parties desire the Court to rule on Plaintiff's Motion to Remand prior to deciding any further substantive motions, such as Defendant's Motion to Strike;

NOW THEREFORE, the parties to the above-captioned matter HEREBY STIPULATE as follows:

The hearing on Defendant's Motion to Strike currently scheduled for September 17, 2009 is continued to November 17, 2009 at 8:30am.  All opposition and reply papers shall be filed and served in accordance with local Rule 78-230.

Dated: August 26, 2009             DEPARTMENT OF FAIR EMPLOYMENT
                                     AND HOUSING

                                   TIMOTHY M. MUSCAT
                                   Chief Counsel


                                   By:  /s/ Timothy M. Muscat
                                        Timothy M. Muscat
                                        Attorneys for Plaintiff

Dated: August 26, 2009             GLEASON & FAVAROTE, LLP
                                   PAUL M. GLEASON
                                   RICHARD Y. CHEN


                                   By:  /s/ Richard Y. Chen (as authorized on 8/26/09)
                                        Richard Y. Chen
                                        Attorneys for Defendant


**IT IS SO ORDERED.**

Dated:__August 27, 2009___         ____/s/ Lawrence J. O'Neill_____
                                   Lawrence J. O'Neill
                                   District Court Judge


COURT PAPER
State of California
Std. 113 Rev. 3-95
FE&H Automated

-2-

*DFEH v. Corrections Corporation of America (CHAPMAN):*
Stipulation and Order to Continue Hearing on Defendant's Motion to Strike