# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING, an agency of the State of California<br><br>Plaintiff,<br><br>vs.<br><br>CORRECTIONS CORPORATION OF AMERICA; a California Corporation, and DOES 1 through 20, inclusive,<br><br>Defendants.<br><br>SHIRLEY DARLENE CHAPMAN,<br><br>Real Party in Interest. | Case No. 1:09-CV-01388-LJO-DLB<br><br>**ORDER CONTINUING MANDATORY SCHEDULING CONFERENCE** |

/ / /

/ / /

/ / /

/ / /

/ / /

0.
**PROOF OF SERVICE**

On September 22, 2009, Plaintiff Department of Fair Employment and Housing filed a motion to remand this action to the Superior Court of the State of California, County of Kern.  The hearing for the motion to remand is set for October 30, 2009.  In addition, Defendant Corrections Corporation of America's motion to strike pursuant to Federal Rules of Civil Procedure 12(f) is set for November 17, 2009.  The parties believe it is in their best interest to continue the Mandatory Scheduling Conference, currently on calendar for November 12, 2009, to a date after the motion to remand and motion to strike.  Accordingly, this Court ORDERS that the Mandatory Scheduling Conference is continued to December 9, 2009, at 9:15 A.M., in Courtroom #9.

IT IS SO ORDERED.

Dated:   **October 2, 2009**                    /s/ *Dennis L. Beck*
                                    UNITED STATES MAGISTRATE JUDGE